## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Zakkiyya A. Greene
        Plaintiff,

v.                Case No.: 1:23−cv−03593
                Honorable John J. Tharp Jr.

Eric Heath, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2025:

  MINUTE entry before the Honorable M. David Weisman: In−person informal discussion held. With consent of parties, the Court engaged with parties in a settlement conference. The parties reached a settlement. Settlement terms placed on the record with a written settlement agreement to follow. The record of the settlement terms is placed under seal. Parties may obtain copies of the transcript. All others must show good cause as to why the transcript should be made available. Status hearing set for 6/18/25 at 9:15 a.m. with a joint status report to be filed by noon on 6/16/25 outlining the status of the settlement process. The Court thanks counsel and Ms. Greene for their collective reasonableness and wisdom in resolving this matter. Parties may appear in person or dial in using the Court's conference call−in number. The conference call in number – 1−855−244−8681 Access code – 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.